AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
09/30/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DVE___ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
Sept 30, 2021
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY   Nancy Boehme
Deputy Clerk, U.S. District Court

United States of America

v.

JOSE MANUEL RAMIREZ RAMIREZ, also known as ("aka") "Jose Manuel Ramirez,"

Defendant(s)

Case No.  8:21-mj-00650-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 23, 2020 in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§1326(a); (b)(2) | Illegal Alien Found in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

JARED BROMBERG
Deportation Officer, DHS
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: September 30, 2021

**DOUGLAS F. McCORMICK**
Judge's signature

City and state: Santa Ana, California

Hon. DOUGLAS F. McCORMICK
U.S. Magistrate Judge
Printed name and title

A F F I D A V I T

IN SUPPORT OF COMPLAINT AND ARREST WARRANT

FOR VIOLATION OF 8 U.S.C. § 1326(a), (b)(2)

I, Jared Bromberg, being duly sworn, do hereby depose and say:

1. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since June 2009. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") Unit, Santa Ana office. Prior to working as a DO with ICE, I worked as an Immigration Enforcement Agent with ICE since February 2007. Prior to working for ICE, I worked as a Customs and Border Protection Officer with United States Customs and Border Protection ("CBP") since July 2004. Prior to working for CBP, I worked as an Immigration Inspector for INS since August 2002.

2. This affidavit is made in support of a complaint and arrest warrant against JOSE MANUEL RAMIREZ RAMIREZ, also known as ("aka") "Jose Manuel Ramirez" (RAMIREZ), charging a violation of Title 8, United States Code, Section 1326(a), (b)(2) (Illegal Alien Found in the United States Following Deportation or

1

Removal). The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter.

    3.    On or about November 23, 2020, RAMIREZ was determined to be at the Orange County Jail in Santa Ana, California, by Deportation Officer J. Garcia ("DO Garcia"). DO Garcia is authorized to enforce immigration laws pursuant to Section 287(a) of the Immigration and Nationality Act. DO Garcia conducted a preliminary records check of the DHS/ICE database which revealed RAMIREZ was amenable to administrative enforcement action. An Immigration Detainer (Form I-247A) was issued against RAMIREZ. On or about November 26, 2020, RAMIREZ was released from the custody of the Orange County Sheriff's Department.

    4.    A preliminary records check of the DHS database was conducted which revealed Alien File Number ("A-File") A205 711 015 is assigned to RAMIREZ. An "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. The A-File usually contains

photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by DHS (or INS) with respect to the subject alien for whom the A-File is maintained.  Further records checks revealed that RAMIREZ was previously deported to Mexico.

    5.   On or about September 21, 2021, I received a booking photograph of RAMIREZ taken by the Orange County Sheriff's Department upon his November 2020 arrest.  The booking photograph lists a booking number that is consistent with the booking number listed on the November 23, 2020 Immigration Detainer.

    6.   On or about September 22, 2021, I obtained and reviewed a printout of the data from the California Criminal Identification Information ("CII") and Federal Bureau of Investigation ("FBI") Identification Record for RAMIREZ, the individual who is the subject of this affidavit and who was released from the custody of the Orange County Sheriff's Department.  I compared the data on the CII and FBI to that found in the DHS Central Index System ("CIS") under the assigned A-File, which I believe is RAMIREZ's alien number.  I also compared the data from the CII, FBI, and CIS records to printouts of the CII, FBI, and CIS records contained in the A-File.  I found that the data from the CII, FBI, and CIS records

contained in RAMIREZ's A-File contain the same Federal Bureau of Investigation identification number that is found in the CII, FBI, and CIS records that I obtained. In addition, the CII printout I obtained reflects the convictions that are described below. Based on this review, I believe that RAMIREZ is the same person who incurred the convictions described below and who was ordered deported and/or removed as described in the A-File.

    7.    On or about September 22, 2021, I reviewed Alien File Number A205 711 015 ("A-File"), which is maintained for subject alien RAMIREZ. A review of RAMIREZ's A-File revealed the following information and documents:

    a.    Photographs of the alien subject to whom A-File A205 711 015 corresponds. I compared these photographs to the booking photograph of RAMIREZ obtained from the Orange County Sheriff's Department. These photographs appear to depict the same person. Thus, I believe that A-File A205 711 015 and its contents correspond to RAMIREZ.

    b.    A Record of Deportable/Inadmissible Alien (Form I-213), which indicated that Deportation Officer T. Koshi interviewed RAMIREZ on or about October 3, 2013, in Santa Ana, California.

    c.    An Order of the Immigration Judge showing that RAMIREZ was ordered removed from the United States to Mexico by

Arlene E. Dorfman, Immigration Judge, Los Angeles, California, on or about November 12, 2013.

   d. An executed Warrant of Removal/Deportation indicating that RAMIREZ was officially removed and deported from the United States to Mexico on or about November 13, 2013, at the port of entry San Ysidro, California.

   e. An executed Warrant of Removal/Deportation indicating that RAMIREZ was officially removed and deported from the United States to Mexico on or about May 4, 2019, at the port of entry San Ysidro, California.

   f. I know from my training and experience that a Warrant of Removal, Warrant of Removal/Deportation, or a Notice to Alien Ordered Removed/Departure Verification is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and/or fingerprint.  The executed Warrants of Removal/Deportation in RAMIREZ's A-File contain his photograph, signature, and fingerprint.

   g. A certified record of conviction indicating that on or about October 1, 2013, RAMIREZ was convicted of Sale or Transportation of Cocaine, in violation of California Health and Safety Code Section 11352(a), Sale or Transportation of

5

Methamphetamine, in violation of California Health and Safety Code Section 11379(a), and Have a False Compartment for Purpose of Transporting a Controlled Substance, in violation of California Health and Safety Code Section 11366.8(a), in the Superior Court of the State of California, County of Orange, Case Number 10CF0234, for which RAMIREZ was sentenced to 180 days of imprisonment.

       h.    A certified record of conviction indicating that on or about May 2, 2018, RAMIREZ was convicted of Sale/Transport for Sale of Methamphetamine, in violation of California Health and Safety Code Section 11379(a), and a sentence enhancement within the meaning of California Health and Safety Code Section 11370.4(b)(2), in the Superior Court of the State of California, County of Orange, Case Number 17WF0347, for which RAMIREZ received a divided sentence of four years and six months of imprisonment and three years and six months of mandatory supervision.  On or about November 25, 2020, RAMIREZ was found to be in violation of his mandatory supervision and was sentenced to 60 days of imprisonment.

      8.    I found nothing in RAMIREZ's A-File that indicated that he had applied to the United States Attorney General or his designated successor, the Secretary of Homeland Security, for permission to re-enter the United States following deportation

and removal. Based upon my knowledge, training, and experience, I believe that if any application had been made, a record would ordinarily be located in the A-File.

9. On or about September 23, 2021, I reviewed the DHS computer indices on RAMIREZ. Based on my training and experience, I know that the DHS computer indices track and document each time an alien is deported from the United States by ICE (or INS) or is granted permission to enter or re-enter the United States. The DHS computer indices confirmed that RAMIREZ had been removed and deported on or about the dates indicated on the Warrants of Removal/Deportation found in RAMIREZ's A-File. The DHS computer indices further indicated that RAMIREZ had not obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since RAMIREZ had last been deported.

10. Based on my review of the contents of A-File A205 711 015, I believe that RAMIREZ is an alien, that he is a citizen of Mexico who illegally re-entered the United States without permission.

11. Based upon the information indicated above, including the Order of the Immigration Judge, Warrants of Removal/Deportation, copies of conviction documents, a booking

photograph taken in the United States after the date of removal, and the absence of an application to re-enter the United States, I have probable cause to believe that JOSE MANUEL RAMIREZ RAMIREZ is in violation of Title 8, United States Code, Section 1326(a), (b)(2) (Illegal Alien Found in the United States Following Deportation or Removal).

                                                      /s/
_____
JARED BROMBERG
Deportation Officer
United States Department of
Homeland Security, Immigration and
Customs Enforcement

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by telephone
on this 30th day of September, 2021.

**DOUGLAS F. McCORMICK**
_____
HONORABLE DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

8